# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

ANDREW QUINN, )
)
        Plaintiff, )
)  Case: 1:14-cv-02167
v. )  Assigned To : Unassigned
)  Assign. Date : 12/22/2014
STATE OF KANSAS, )  Description: Pro Se Gen. Civil
)
        Defendant. )

## MEMORANDUM OPINION

This matter comes before the court on review of plaintiff's application to proceed *in forma pauperis* and *pro se* civil complaint. The Court will grant the application, and dismiss the complaint.

The Court is mindful that complaints filed by *pro se* litigants are held to less stringent standards than those applied to formal pleadings drafted by lawyers. *See Haines v. Kerner*, 404 U.S. 519, 520 (1972). Even *pro se* litigants, however, must comply with the Federal Rules of Civil Procedure. *Jarrell v. Tisch*, 656 F. Supp. 237, 239 (D.D.C. 1987). Rule 8(a) of the Federal Rules of Civil Procedure requires that a complaint contain a short and plain statement of the grounds upon which the Court's jurisdiction depends, a short and plain statement of the claim showing that the pleader is entitled to relief, and a demand for judgment for the relief the pleader seeks. Fed. R. Civ. P. 8(a). The purpose of the minimum standard of Rule 8 is to give fair notice to the defendants of the claim being asserted, sufficient to prepare a responsive

answer, to prepare an adequate defense and to determine whether the doctrine of *res judicata* applies. *Brown v. Califano,* 75 F.R.D. 497, 498 (D.D.C. 1977).

Plaintiff brings this action against the State of Kansas because an employee allegedly disclosed his juvenile records, and as a result, plaintiff "ha[s] been homeless for 5 years." Compl. at 2. The complaint contains neither a statement of the grounds on which this Court's jurisdiction depends, nor a statement showing plaintiff's entitlement to relief, nor a demand for relief of any kind. As drafted, the complaint fails to comply with Rule 8(a), and it will be dismissed. An Order consistent with this Memorandum Opinion is issued separately.

United States District Judge

DATE: 12|19|14